# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**                                                     **CIVIL ACTION NO. 3:07-cv-655-WHB-LRA**

**FRANK M. MERCHANT and**                                        **DEFENDANTS**
**DOROTHY D. MERCHANT,**
**Individually and as Partners of**
**MERCHANT FARMS**

## FINAL JUDGMENT

Pursuant to Stipulation of Dismissal filed in this cause by the parties, the Court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 22nd day of January, 2008.

                                                            s/William H. Barbour, Jr.
                                                            UNITED STATES DISTRICT JUDGE

PRESENTED BY:

*S/ FELICIA C. ADAMS*

_____

FELICIA C. ADAMS
Assistant United States Attorney

*S/ ALAN D. RHEA*

_____

ALAN D. RHEA
Attorney for Defendants